FORM orfinal (Rev. 07/10)

**UNITED STATES BANKRUPTCY COURT**
Northern District of Florida
Pensacola Division

In Re:  Betty J Todd  
      aka Betty White Todd  
      SSN/ITIN: xxx−xx−8197  
       Debtor

Bankruptcy Case No.:   11−30386−KKS

Chapter:  13  
Judge:  Karen K. Specie

### *FINAL DECREE*

The estate of the above named debtor has been fully administered.

***IT IS ORDERED THAT:***

- Leigh D. Hart is discharged as trustee of the estate of the above−named debtor and the bond is canceled; and
- The bankruptcy case of the above−named debtor is closed; and
- Other provisions: None

**DONE AND ORDERED** at Tallahassee, Florida, October 31, 2014 .

/s/ Karen K. Specie  
Karen K. Specie  
U.S. Bankruptcy Judge

Service to:  
   All parties in interest